## Commonwealth *v.* Hughes, Appellant.

Submitted September 29, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Ralph Russell Hughes,* appellant, in propria persona.

*A. J. Kuzdenyi,* First Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 30, 1970:
Order affirmed.